# United States Court of Appeals

## For the First Circuit

No. 14-2092

ELIZABETH TYREE,

Plaintiff, Appellant,

v.

ANTHONY FOXX,
SECRETARY, U.S. DEPARTMENT OF TRANSPORTATION,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on August 22, 2016, is amended as follows:

On page 15, line 2, "suppolt" is replaced with "support".